UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEREE ANQUINETTE OMOYI, | CASE NO.: EDCV 19-01399 VEB |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| ANDREW SAUL, Commissioner of Social Security Administration, | |
| Defendant. | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorneys' fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND NINE HUNDRED SIXTY-ONE DOLLARS and 00/cents ($2,961.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED this 21st day of December, 2020,

/s/VICTOR E. BIANCHINI
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE